### McMICKEN vs. SIMS.

Appeal from the court of the third district, the judge of the second presiding.

PORTER, J. delivered the opinion of the court.  The case commenced by attachment. It was levied on a tract of land.  The interpleader set up title to it, by virtue of an act *sous seing privé.*  The judge was of opinion that the title was completely transferred by the act under private signature, and accordingly gave judgment of nonsuit against the plaintiff

With this opinion we cannot concur.  There was no possession proved except that construc-

Land sold *sous seing prive* where the sale is not followed by actual delivery may be attached by a creditor of the vendors.

Eastern Dist.
*March* 1829.

McMicken
*vs.*
Sims.

tive possession which the law presumes to follow the deed. But though that is sufficient for some purposes, it is not so to enable a purchaser to protect himself against the neglect of registering his deed of conveyance.— This case cannot on principle be distinguished from *Deflechier's syndics* vs. *Degruys*, 5 *n. s.* 423.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be annulled, avoided and reversed, and it is further ordered, adjudged and decreed that the case be remanded, to be proceeded in according to law, the appellee paying the costs of the appeal.

*Turner* for the plaintiff.